## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**EVELYN CABELL** and
**BILLY CABELL**, her son,
    Plaintiffs,
vs.                                                                                          Civil Action No. 2:20-CV-00507
                                                                                                                                      Hon. Joseph Goodwin

**CMH HOMES, INC., CMH
MANUFACTURING, INC.,** and
**SOUTHERN OHIO CONSTRUCTION, LLC**,
    Defendants.

### CMH HOMES, INC. AND CMH MANUFACTURING, INC.'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

**COMES NOW**, Defendant CMH Homes, Inc. ("CMH Homes") and CMH Manufacturing, Inc. ("CMH Manufacturing") and moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on all claims alleged against it by Plaintiffs Evelyn Cabell and Billy Cabell (referred to collectively, "the Cabells" or "Plaintiffs").

The following exhibits are attached hereto as referenced by Memorandum in Support of CMH Homes, Inc. and CMH Manufacturing, Inc. Motion for Summary Judgment:

| Exhibit | Name |
|---|---|
| 1 | Deposition of Billy Cabell |
| 2 | Power of Attorney for Evelyn Cabell |
| 3 | Emails Negotiation and Reduction for Installation |
| 4 | Sales Agreement |
| 5 | Installation Agreement |
| 6 | Delivery Invoice |
| 7 | Email Settlement Offer C Hemphill to B. Cabell |
| 8 | J. Dials Declaration |
| 9 | Emails from B Cabell to CMH re Estimates |
| 10 | E. Cabell Checks for Payment |
| 11 | Emails from B Cabell to SOC meetings and contacts |

| | |
|---|---|
| 12 | WV DOL Gen Contractor License Search Results |
| 13 | WV OH MH Contractor License Search Results |
| 14 | WV and Ohio SOS Search Results |
| 15 | Certificate of Principal Use |

**WHEREFORE**, CMH Homes, Inc. and CMH Manufacturing, Inc. respectfully requests that this Honorable Court grant them both summary judgment on all the Cabells' claims in the Amended Complaint.

                                                **CMH HOMES, INC. and**
                                                **CMH MANUFACTURING, INC.,**
                                                **BY COUNSEL**

s/Jason Stemple
Jason J. Stemple (WVSB # 8883)
Oxley Rich Sammons, PLLC
517 9th Street, P.O. Box 1704
Huntington, WV 25701-1704
Phone: (304) 522-1138
jstemple@oxleylawwv.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**EVELYN CABELL** and
**BILLY CABELL,** her son,
    Plaintiffs,

v.                                                          Civil Action No. 2:20-cv-507
                                                             Judge: Joseph R. Goodwin

**CMH HOMES, INC.,**
**et al,**
    Defendants.

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and accurate copy of the foregoing CMH HOMES, INC. AND CMH MANUFACTURING, INC.'S MOTION FOR SUMMARY JUDGMENT was served upon counsel of record on August 3, 2021, by filing the pleading and papers with the Clerk of the Court for the United States District Court for the Southern District of West Virginia, Charleston Division, using the CM/ECF System, which will send notification of such filing to counsel of record as follows:

                              Michael J. Del Giudice (WVSB #982)
                              Ciccarello, Del Giudice & LaFon
                              1219 Virginia Street East, Suite 100
                              Charleston, WV 25301
                              Telephone: (304) 343-4440
                              (Counsel for Plaintiffs)

                              Sarah A. Walling (WVSB #11407)
                              Jenkins Fenstermaker
                              P.O. Box 2688
                              Huntington, WV 25726
                              Telephone: (304) 521- 4571
                              (Counsel for Southern Ohio)


s/Jason Stemple
Jason J. Stemple (WVSB # 8883)
Oxley Rich Sammons, PLLC
517 9th Street, P.O. Box 1704
Huntington, WV 25701-1704
jstemple@oxleylawwv.com
Phone: (304) 522-1138