IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

EVELYN CABELL,

    Plaintiff,

v.           CIVIL ACTION NO. 2:20-cv-00507

CMH HOMES, INC., et al.,

    Defendants.

### JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with the Memorandum Order and Opinion filed on November 18, 2021 [ECF No. 149]. The pending motion [ECF No. 147] is **DENIED AS MOOT**. The court further **ORDERS** that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:  December 9, 2021

_\[signature: Joseph R. Goodwin\]_
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE