FILED: August 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2360 (L)
(2:20-cv-00507)

_____

EVELYN CABELL; BILLY CABELL, her son

      Plaintiffs - Appellants

v.

CMH HOMES, INC., a Tennessee corporation; CMH MANUFACTURING, INC., a Tennessee Corporation; SOUTHERN OHIO CONSTRUCTION, LLC, an Ohio limited liability company; JOHN DOE, an unknown person or entity

      Defendants - Appellees

_____

No. 22-1018
(2:20-cv-00507)

_____

EVELYN CABELL; BILLY CABELL, her son

      Plaintiffs - Appellees

v.

CMH HOMES, INC., a Tennessee corporation; CMH MANUFACTURING, INC.

      Defendants - Appellants

and

SOUTHERN OHIO CONSTRUCTION, LLC, an Ohio limited liability company; JOHN DOE, an unknown person or entity

    Defendants

---

## J U D G M E N T

---

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                             /s/ PATRICIA S. CONNOR, CLERK